## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TAMMY MORRIS,

      Plaintiff,

    vs.                                   CIV No. 22-961 KK

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

      Defendant.

### <u>JUDGMENT</u>

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, the Court enters judgment under Federal Rule of Civil Procedure 58, **DENYING** Plaintiff's Motion to Remand (Doc. 16) and **AFFIRMING** the decision of the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent